IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP, | : : : | CIVIL ACTION |
| v. | : : | |
| SPENCER TRASK SPECIALTY GROUP, LLC | : : | NO. 08-2564 |

ORDER

AND NOW, this 6th day of October, 2009, IT IS HEREBY ORDERED, for the reasons set out in a memorandum of today's date, that JUDGMENT in favor of the plaintiff, Klehr, Harrison, Harvey, Branzburg & Ellers LLP, and against the defendant, Spencer Trask Specialty Group, LLC, is HEREBY ENTERED in the amount of $98,510.17, as sanctions pursuant to Fed. R. Civ. P. 37(b) and Fed. R. Civ. P. 55.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.